UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHNNY LEE DUKE,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) Case No. 5:22-cv-00956-AMM-NAD |
| | ) |
| **WARDEN CRABTREE, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

On June 12, 2023, the Magistrate Judge entered a report and recommendation, recommending that the court deny Johnny Lee Duke's petition filed pursuant to 28 U.S.C. § 2254, as time barred. Doc. 12. Although the parties were advised of their rights to file objections within fourteen days, that time expired with no objections having been filed.

After *de novo* consideration of the record in this case, and the Magistrate Judge's report and recommendation, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Accordingly, the court finds that Mr. Duke's petition for writ of habeas corpus is due to be **DENIED** and and his claims **DISMISSED WITH PREJUDICE**.

Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is **DENIED**. *See* 28 U.S.C. § 2253(c);

*Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000); Rule 11(a), Rules Governing § 2254 Proceedings.

The court will enter a separate final judgment.

**DONE** and **ORDERED** this 10th day of July, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE